UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00508

**Kevin James Kohute,**
*Plaintiff,*

v.

**State Bar Association et al.,**
*Defendants.*

# ORDER

Pro se plaintiff Kevin Kohute filed this lawsuit in the Northern District of Texas. Doc. 3. The case was transferred to this court and referred to a magistrate judge, who issued a report and recommendation that plaintiff's claims be dismissed without prejudice. Doc. 7. A copy of the report was mailed to plaintiff at his listed address. Plaintiff did not file objections to the report and has not otherwise communicated with the court in this action. The objection deadline has passed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation (Doc. 7). Plaintiff's claims are dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on July 28, 2025.*

J. CAMPBELL BARKER
United States District Judge